Theodore Winter, Respondent, v. Isaac M. Rosenstock, Appellant.—

Order affirmed, on argument, without costs. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.